

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00059-CV

SHANNON MCDANIEL                                                    APPELLANT

V.

JUSTIN STATE BANK                                                     APPELLEE

-----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 2014-006826-1

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

The trial court sustained the contest to appellant's affidavit of indigency on February 18, 2015, and appellant did not appeal this ruling. On February 26, 2015, we notified appellant in accordance with rule of appellate procedure 42.3(c) that we would dismiss this appeal unless the $195 filing fee was paid.

---

[1]*See* Tex. R. App. P. 47.4.

*See* Tex. R. App. P. 42.3(c).  Appellant has not paid the $195 filing fee.  *See* Tex. R. App. P. 5, 12.1(b).

Because appellant failed to comply with a requirement of the rules of appellate procedure and the Texas Supreme Court's order of August 16, 2013,[2] we dismiss the appeal.  *See* Tex. R. App. P. 42.3(c), 43.2(f).

Appellant shall pay all costs of this appeal, for which let execution issue.  *See* Tex. R. App. P. 43.4.

PER CURIAM

PANEL:  SUDDERTH, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED:  March 26, 2015

---

[2]*See* Supreme Court of Tex., *Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-district Litigation*, Misc. Docket No. 13-9127 (Aug. 16, 2013) (listing fees in courts of appeals).